# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARSHA DIANE RICHARDSON,**
Appellant,

v.

**BRITE FINANCIAL SERVICES, LLC,**
Appellee.

No. 4D2025-1368

[December 11, 2025]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Daryl Isenhower, Judge; L.T. Case No. 2023SC001675.

Marsha D. Richardson, Fort Pierce, pro se.

Patrick J. Kilburn of Lloyd & McDaniel, PLC, Louisville, KY, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***